PATRICIA K. GILLETTE (STATE BAR NO. 74461)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759
Email: pgillette@orrick.com

Attorneys for Defendant
BANK OF THE WEST,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACIE LYTHGOE, BEHNAZ MORSHEDI, PATRICIA SIMPSON, MARYLIN FOSTER AND ANGIE KOTTIKAS,

Plaintiffs,

v.

BANK OF THE WEST, KEN FUJIHARA and LINDA LOCKLEAR,

Defendants.

Case No. 5:07-CV-02300-JF

**SUBSTITUTION OF ATTORNEYS**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Bank of the West hereby substitutes Orrick, Herrington & Sutcliffe LLP in place of Littler Mendelson as their counsel of record in this action. New counsel's address, and telephone and facsimile numbers are:

Patricia K. Gillette
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

1

1 | We consent to the above substitution.

2 | Dated: April 22, 2009                    LITTLER MENDELSON

3

4  _____

5

6

7 | We consent to the above substitution.

8 | Dated: April 23, 2009                    BANK OF THE WEST

9

10 _____

11

12 | We accept the above substitution.

13 | Dated: April 23, 2009                   ORRICK, HERRINGTON & SUTCLIFFE LLP

14

15 _____
                                          PATRICIA K. GILLETTE
16                                        Attorneys for Defendant
                                          BANK OF THE WEST
17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO ORDERED.

Dated: ~~April~~ May 7, 2009

_____
U.S. DISTRICT COURT JUDGE