1

2                                                          **E-Filed 7/24/2009**

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  TRACIE LYTHGOE, et al., | Case Number C 07-2300 JF (HRL) |
| 13             Plaintiffs, | ORDER[1] GRANTING MOTION FOR EXTENSION OF DISCOVERY CUT-OFF |
| 14       v. | |
| 15  BANK OF THE WEST, et al., | [re: docket no. 44] |
| 16             Defendants. | |

17

18         Pursuant to Civ. L.R. 6-3, Plaintiffs request an extension of the discovery cut-off for the

19   limited purpose of completing four depositions noticed prior to the close of discovery.  Plaintiffs'

20   counsel represents that the depositions could not be completed in a timely matter because of an

21   illness of a family member.  Defendants oppose the request, citing apparent discrepancies with

22   respect to counsel's actual whereabouts and activities during the period in question.

23         While Defendants' concerns are not unfounded (and will be considered should counsel

24   make any additional requests for an extension of time), this appears to be Plaintiffs' first request

25   for an extension, and the Court finds that Plaintiffs would be unduly prejudiced if the instant

26   motion were denied.  Accordingly, the motion will be GRANTED.  The discovery cut-off will be

27   _____

28         [1] This disposition is not designated for publication in the official reports.

1  extended until August 6, 2009 for the limited purpose of completing the four previously-noticed

2  depositions.

3

4       IT IS SO ORDERED.

5

6

7  DATED: July 24, 2009

8

9
                                          _____
                                          JEREMY FOGEL
10                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-2300 JF (HRL)
ORDER GRANTING MOTION FOR EXTENSION OF TIME
(JFLC1)

1    This Order has been served upon the following persons:

2

3    David M. Poore      dpoore@kahnbrownlaw.com, ltacata@kahnbrownlaw.com

4    Karen H. Kahn      kkahn@kahnbrownlaw.com

5    Neda N. Dal Cielo      ndalcielo@littler.com, sbarnes@littler.com

6    Patricia K. Gillette      pgillette@orrick.com, pdawson@orrick.com

7    Ronald A. Peters      rpeters@littler.com

8    Scott A. Brown      sbrown@kahnbrownlaw.com, jhayes@kahnbrownlaw.com

9    Suzanne R Nestor      snestor@littler.com, sjoyner@littler.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-2300 JF (HRL)
ORDER GRANTING MOTION FOR EXTENSION OF TIME
(JFLC1)