KAREN KAHN (STATE BAR NO. 98404)
DAVID POORE (STATE BAR NO. 192541)
KAHN, BROWN & POORE
30 Fifth Street, Second Floor
Petaluma, CA 94952
Telephone: +1-707-763-7100
Facsimile: +1-707-763-7108

Attorneys for Plaintiffs
Tracie Lythgoe, Behnaz Morshedi, & Patricia Simpson

PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
BANK OF THE WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE LYTHGOE, BEHNAZ MORSHEDI, PATRICIA SIMPSON, MARYLIN FOSTER and ANGIE KOTTIKAS,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST, KEN FUJIHARA, and LINDA LOCKLEAR,<br><br>Defendants. | Case No. 5:07-CV-02300-JF<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER GRANTING PARTIES 10 ADDITIONAL PAGES IN BRIEFS IN SUPPORT AND IN OPPOSITION TO SUMMARY JUDGMENT**<br><br>**Hearing Date: August 21, 2009** |

By this joint stipulation, Defendant Bank of the West and Plaintiffs Tracie Lythgoe, Behnaz Morshedi, and Patricia Simpson, by and through their attorneys of record, seek to extend the page limit for any motions and memoranda of points and authorities in support and in opposition to summary judgment.

Good cause exists for this request because the case involves three plaintiffs and twelve causes of action. Rather than file one summary judgment brief for each plaintiff, the parties have agreed for, the benefit of the Court and the parties, that if either side decides to file a summary judgment as to more than one of the plaintiffs, all the plaintiffs shall be included in one brief rather than multiple, separate briefs.

However, because there are currently twelve claims for each of the Plaintiffs, the parties believe that extra pages are necessary to properly brief the issues before the Court. Without the opportunity to adequately brief and respond to the issues, judicial resources may be wasted because the claims will not be determined without trial. For these reasons, Plaintiffs and Defendants respectfully request that the Court grant each party an additional ten (10) pages in its motion for and opposition to summary judgment.

Dated: August 12, 2009    KAHN, BROWN & POORE

*/s/ David Poore*
David Poore
Attorneys for Plaintiffs

Dated: August 12, 2009    Orrick, Herrington & Sutcliffe LLP

*/s/ Greg J. Richardson*
PATRICIA K. GILLETTE
GREG J. RICHARDSON
Attorneys for Defendant

## **ORDER**

Pursuant to stipulation and good cause appearing, it is so ordered: Each party shall be entitled to thirty-five (35) pages in its brief in support of or in opposition to summary judgment.

By the court:

Dated: 8/13/09

_____

The Honorable Jeremy Fogel