**E-Filed 9/3/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACIE LYTHGOE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF THE WEST, et al.,<br><br>　　　　　Defendants. | Case Number C 07-2300 JF (HRL)<br><br>ORDER RE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; VACATING THE HEARING DATE; AND DIRECTING THE PARTIES TO MEET AND CONFER RE A NEW HEARING DATE<br><br>[re: docket no. 64 ] |

　　　　On August 31, 2009, Plaintiffs filed a motion for extension of time to file opposition to Defendants' motion for summary judgment, currently set for hearing on September 25, 2009. Plaintiffs request leave to file their opposition one week later than the time provided by the Civil Local Rules, and propose that Defendants file their reply one week later as well, with the result that briefing would be completed one week prior to the hearing date. Defendants oppose Plaintiffs' motion on the ground that Defendants' counsel has set aside time to prepare the reply during the week it ordinarily would be due, and is unavailable to prepare the reply the following week.

1   The Court finds the positions take by both sides to be reasonable.  In order to
2 accommodate both Plaintiffs' need for additional time and Defendants' scheduling constraints,
3 the Court hereby VACATES the September 25 hearing date and directs counsel to meet and
4 confer regarding a new date.  Counsel may select any Friday on or after October 30, 2009, with
5 the exception of November 6, 2009.  Counsel shall contact the Court's administrative law clerk
6 at 408-535-5426 with the new hearing date.
7   IT IS SO ORDERED.

10  DATED:   September 3, 2009

                                                                    _____
                                                                    JEREMY FOGEL
                                                                    United States District Judge

1 | Copies of Order served on:
2 |
3 | David M. Poore    dpoore@kahnbrownlaw.com, ltacata@kahnbrownlaw.com
4 | Greg James Richardson    grichardson@orrick.com, pdawson@orrick.com
5 | Karen H. Kahn    kkahn@kahnbrownlaw.com
6 | Neda N. Dal Cielo    ndalcielo@littler.com, sbarnes@littler.com
7 | Patricia K. Gillette    pgillette@orrick.com, pdawson@orrick.com
8 | Ronald A. Peters    rpeters@littler.com
9 | Scott A. Brown    sbrown@kahnbrownlaw.com, jhayes@kahnbrownlaw.com
10 | Suzanne R Nestor    snestor@littler.com, sjoyner@littler.com

3

Case No. C 07-2300 JF (HRL)
ORDER RE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION ETC.
(JFLC2)