KAREN KAHN (STATE BAR NO. 98404)
DAVID POORE (STATE BAR NO. 192541)
KAHN, BROWN & POORE
30 Fifth Street, Second Floor
Petaluma, CA  94952
Telephone:     +1-707-763-7100
Facsimile:      +1-707-763-7108

Attorneys for Plaintiffs
Tracie Lythgoe, Behnaz Morshedi, & Patricia Simpson

PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
GREG J. RICHARDSON (STATE BAR NO. 203788)
grichardson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Defendant
BANK OF THE WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE LYTHGOE, BEHNAZ MORSHEDI, PATRICIA SIMPSON, MARYLIN FOSTER and ANGIE KOTTIKAS,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST, KEN FUJIHARA, and LINDA LOCKLEAR,<br><br>Defendants. | Case No.  5:07-CV-02300-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES REQUEST TO MOVE SUMMARY JUDGMENT HEARING DATE TO NOVEMBER 13, AND TO MOVE TRIAL DATE AND OTHER DEADLINES** |

By this joint stipulation, Defendant Bank of the West and Plaintiffs Tracie Lythgoe, Behnaz Morshedi, and Patricia Simpson, by and through their attorneys of record, seek to move the hearing date on summary judgment to November 13, 2009; the trial date from January 8, 2010 to March 3, 2010 (less than two months); and other deadlines as set forth below. The parties stipulate that good cause exists for this request for the following:

1.  The original trial date of January 8, 2010 and the associated case-related deadlines were negotiated by the parties and approved by the Court in its Order of February 27, 2009 (Docket No. 40).

2.  Due to circumstances since the Scheduling Order, certain deadlines, including the last date to hear dispositive motions, have been moved that affect the trial date.

3.  The deadline to hear dispositive motions was initially August 14, 2009, nearly five months before trial. In its Order dated July 23, 2009 (Docket No. 51), the Court extended that deadline for good cause, and Defendant's Summary Judgment motion was accordingly noticed for September 25, 2009.

4.  In its Order of September 3, 2009 (Docket No. 68), for good cause, the Court extended this deadline and requested the parties to negotiate a hearing date on or after October 30, 2009. The deadline for hearing dispositive motions has therefore been extended nearly three months from the original deadline.

5.  The parties have negotiated and stipulated to a November 13, 2009 hearing date for Defendant's Motion for Summary Judgment . The parties have reserved that hearing date with the Court, and with its approval, request the date of the hearing be moved to this date. Additionally, the parties have agreed that Plaintiffs will file their opposition to Defendant's motion on October 16, 2009. Defendant's reply brief will be due on October 30, 2009, 14 days before the November 13, 2009 hearing date.

6.  The moving of the summary judgment hearing date affects other trial-related deadlines. For example, under the current scheduling order, expert disclosures must be made by September 30, 2009 and expert discovery must be completed by October 30, 2009, before the new date of the hearing on Defendant's Motion for Summary Judgment.

1   7. Additionally, other trial-related deadlines are set in November and December
2   when Defendant's Motion may not yet be decided.
3   8. As a result, to avoid the parties engaging in extensive trial preparation before the
4   Motion for Summary Judgment has been decided, to give the parties enough time to prepare the
5   case for trial, and because the dispositive motion deadline has been extended three months, the
6   parties request that all deadlines in the February 27, 2009 Order be moved. The parties have
7   stipulated to the following dates:

- January 10, 2010 – Expert witness designation
- February 5, 2010 – Expert discovery complete
- February 16, 2010 – Last day to file and serve Motions in Limine
- February 23, 2010 – Pre-Trial Conference
- March 3, 2010 – Trial

9. The parties therefore request the Court approve the stipulated requests set forth herein, or to other dates agreeable to the Court.

Dated: September 15, 2009          KAHN, BROWN & POORE

                                   /s/ David Poore
                                   David Poore
                                   Attorneys for Plaintiffs


Dated: September 15, 2009          Orrick, Herrington & Sutcliffe LLP

                                   /s/ Greg J. Richardson
                                   PATRICIA K. GILLETTE
                                   GREG J. RICHARDSON
                                   Attorneys for Defendant

- 3 -

JOINT STIPULATION AND PROPOSED ORDER
GRANTING PARTIES REQUEST TO MOVE TRIAL
DATE AND OTHER DEADLINES: CASE NO. 5:07-CV-
02300-JF

## ORDER

Pursuant to stipulation and good cause appearing, it is so ordered:

- Defendant's Motion for Summary Judgment will be heard on November 13, 2009.

- Plaintiffs' Opposition to this Motion will be filed and served on October 16, 2009.

- Defendant's Reply to this Motion will be filed and served on October 30, 2009.

- January 10, 2010 – Expert witness designation
- February 5, 2010 – Expert discovery complete
- February 16, 2010 – Last day to file and serve Motions in Limine
- February 23, 2010 – Pre-Trial Conference
- March 3, 2010 – Trial

By the Court:

_____

The Honorable Jeremy Fogel

- 4 -

JOINT STIPULATION AND PROPOSED ORDER GRANTING PARTIES REQUEST TO MOVE TRIAL DATE AND OTHER DEADLINES: Case No. 5:07-CV-02300-JF