**E-Filed 10/27/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRACIE LYTHGOE, et al., | Case Number C 07-2300 JF (PVT) |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| BANK OF THE WEST, et al., | |
| Defendants. | |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings and/or trial dates set in this matter are VACATED.

Dated: October 26, 2009

_____
JEREMY FOGEL
United States District Judge

Copies of Order served on:

David M. Poore     dpoore@kahnbrownlaw.com, ltacata@kahnbrownlaw.com

Greg James Richardson     grichardson@orrick.com, pdawson@orrick.com

Karen H. Kahn     kkahn@kahnbrownlaw.com

Neda N. Dal Cielo     ndalcielo@littler.com, sbarnes@littler.com

Patricia K. Gillette     pgillette@orrick.com, pdawson@orrick.com

Ronald A. Peters     rpeters@littler.com

Scott A. Brown     sbrown@kahnbrownlaw.com, jhayes@kahnbrownlaw.com

Suzanne R Nestor     snestor@littler.com, sjoyner@littler.com