Andrew V. Stearns, Esq. SBN 164849
Steven M. Berki, Esq. SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
astearns@boglawyers.com
sberki@boglawyers.com

Acting for Plaintiffs
Tracie Lythgoe and Patricia Simpson

FILED

2010 JAN 21 P 3: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

\* \* \*

| | |
|---|---|
| TRACIE LYTHGOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF THE WEST, et al., <br><br> Defendants. | Case No. C 05:07 CV 02300 JF <br><br> **PLAINTIFFS' CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> Date: January 20, 2010 <br> Division: San Jose Division <br> Dept.: 8 <br> Judge: Hon. Jeremy Fogel |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the Court, plaintiffs TRACIE LYTHGOE and PATRICIA SIMPSON substitute ANDREW V. STEARNS of BUSTAMANTE O'HARA & GAGLIASSO, State Bar No. 164849 as counsel of record in place of DAVID M. POORE, KAREN H. KAHN and SCOTT A. BROWN of KAHN BROWN & POORE in the above-entitled case before the United States District Court for the Northern District of California, San Jose Division.

Contact Information for new counsel is as follows:

    Firm Name:   Bustamante O'Hara & Gagliasso

    Address:     333 W. San Carlos Street, 8th Floor

                    San Jose, CA 95110

    Telephone:   (408) 977-1911

    Facsimile:    (408) 977-0746

I consent to the above substitution.

Date:_____.

                                          TRACIE LYTHGOE, plaintiff

I consent to the above substitution.

Date:_____.

                                          PATRICIA SIMPSON, plaintiff

I consent to being substituted.

Date: 1/20/10.

                                          DAVID M. POORE, former attorney

I consent to the above substitution.

Date: 1/21/10.

                                          ANDREW V. STEARNS, new attorney

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/12/10.

                                          HON. JEREMY FOGEL

1
2
3    Contact Information for new counsel is as follows:
4          Firm Name:    Bustamante O'Hara & Gagliasso
5          Address:      333 W. San Carlos Street, 8th Floor
6                        San Jose, CA 95110
7          Telephone:    (408) 977-1911
8          Facsimile:    (408) 977-0746
9
10   I consent to the above substitution.
11   Date: 1-20-2010
                                                          TRACIE LYTHGOE, plaintiff
12
13   I consent to the above substitution.
14   Date: _____
                                                          _____
15                                                        PATRICIA SIMPSON, plaintiff
16   I consent to being substituted.
17   Date: _____
                                                          _____
18                                                        DAVID M. POORE, former attorney
19   I consent to the above substitution.
20   Date: 1/21/10
21                                                        ANDREW V. STEARNS, new
                                                          attorney
22
23   The substitution of attorney is hereby approved and so ORDERED.
24   Date: _____
25                                                        _____
                                                          HON. JEREMY FOGEL
26
27
28

Contact Information for new counsel is as follows:

    Firm Name: Bustamante O'Hara & Gagliasso

    Address: 333 W. San Carlos Street, 8th Floor

                   San Jose, CA 95110

    Telephone: (408) 977-1911

    Facsimile: (408) 977-0746

I consent to the above substitution.

Date:_____.

                                                     TRACIE LYTHGOE, plaintiff

I consent to the above substitution.

Date: 1-20-2010.

                                                     PATRICIA SIMPSON, plaintiff

I consent to being substituted.

Date:_____.

                                                     DAVID M. POORE, former attorney

I consent to the above substitution.

Date: 1/21/10.

                                                     ANDREW V. STEARNS, new attorney

The substitution of attorney is hereby approved and so ORDERED.

Date:_____.

                                                     HON. JEREMY FOGEL

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Contact Information for new counsel is as follows: |
| 4 | Firm Name: Bustamante O'Hara & Gagliasso |
| 5 | Address: 333 W. San Carlos Street, 8th Floor |
| 6 | San Jose, CA 95110 |
| 7 | Telephone: (408) 977-1911 |
| 8 | Facsimile: (408) 977-0746 |
| 9 | |
| 10 | I consent to the above substitution. |
| 11 | Date:_____.                    TRACIE LYTHGOE, plaintiff |
| 12 | |
| 13 | I consent to the above substitution. |
| 14 | Date:_____.                    PATRICIA SIMPSON, plaintiff |
| 15 | |
| 16 | I consent to being substituted. |
| 17 | Date: 1/20/10.                    DAVID M. POORE, former attorney |
| 18 | |
| 19 | I consent to the above substitution. |
| 20 | Date: 1/21/10.                    ANDREW V. STEARNS, new attorney |
| 21 | |
| 22 | |
| 23 | The substitution of attorney is hereby approved and so ORDERED. |
| 24 | Date:_____.                    HON. JEREMY FOGEL |
| 25 | |
| 26 | |
| 27 | |
| 28 | |